Judgment in a Civil Case
_____

United States District Court<br>
_____WESTERN DISTRICT OF NEW YORK_____

NAIM QASEMI                                   **JUDGMENT IN A CIVIL CASE**
                                              CASE NUMBER: 25-CV-668
     v.

STEPHEN KURZDORFER, ET AL

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the petition is dismissed without prejudice.

Date: October 17, 2025                        MARY C. LOEWENGUTH
                                              CLERK OF COURT

                                              By: s/ Colin J.
                                                  Deputy Clerk